**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

TIFFANY SANDERS,               )
                               )
           Plaintiff,          )
                               )
    v.                         )
                               )        CASE NO. 1:05-CV-228-TS
BRIAN MARTIN, ERIC KRULL,      )
KIM SEISS, and THE CITY OF FORT )
WAYNE,                         )
                               )
           Defendants.         )

**OPINION AND ORDER**

This matter is before the Court on the Defendants' Motion to Enforce Settlement Agreement, filed on May 1, 2006. No response has been filed. The Defendants claim that the parties orally agreed to settle this case for $500. As evidence, the Defendants submit a letter sent by the Defendants' counsel to the Plaintiff's counsel on January 20, 2006, that confirms the settlement and asks the Plaintiff to sign the Release and Hold Harmless Agreement. The Plaintiff later advised that she would not sign the settlement agreement.

The Defendants argue that the District Court has the power to implement a settlement agreement between the parties in its role as supervisor of the litigation, citing *Hakim v. Payco-General American Credits, Inc.*, 272 F.3d 932, 935 (7th Cir. 2001). The Court agrees with the Defendants' statement of the law, but the Court is not convinced by the one page letter written by Defendants' counsel that the parties have reached agreement. To determine the status of this case and whether a hearing on the matter is necessary, a telephone conference is SET for Friday, July 7, 2006 at 1:30 PM before Judge Theresa L. Springmann. Court will initiate the telephone call.


SO ORDERED on June 21, 2006.


                              _____/s/ Theresa L. Springmann_____
                              THERESA L. SPRINGMANN
                              UNITED STATES DISTRICT COURT